# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kenneth H. Tate ,

    Plaintiff(s),                               JUDGMENT IN A CIVIL CASE

vs.                                                  3:10-cv-528

Mail Contractors of America , et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 12, 2011 Order.

                                                              Signed: April 12, 2011

Frank G. Johns, Clerk
United States District Court